UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LUIS AMILCAR CHAVEZ CHAVEZ<br>Plaintiff(s),<br><br>v.<br><br>ANTONE MONIZ, DAVID WESLING, PATRICIA HYDE, DAVID VENTURELLA, TODD BLANCHE, and MARKWAYNE MULLIN<br>Defendant(s). | Civil Action No. 26-12839-JEK |

## JUDGMENT

**KOBICK, D.J.**

☐   Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒   Decision by the Court: In accordance with the Court's Memorandum & Order dated June 26, 2026, [ECF 8], granting the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241;

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Luis Amilcar Chavez Chavez.

Dated: July 13, 2026

/s/ Haley Currie

Deputy Clerk